USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUTONG JIN,

              Plaintiff,

-against-

SOLOMON CHOI,

              Defendant.

1:20-cv-09129-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 27, 2021, Plaintiff, who is *pro se*, filed two letter motions seeking relief in connection with discovery disputes over, *inter alia*, HIPAA authorizations, depositions, and interrogatories. [ECF Nos. 23–24.] On January 29, 2021, Defendant filed a letter requesting that the Court hold a conference to address the discovery disputes and stating his position on Plaintiff's requests. [ECF No. 25.] On February 2, 2021, Plaintiff filed a brief in support of her request to serve interrogatories on Defendant's attorney [ECF No. 26], and on February 12, 2021, she filed a brief in support of her motion to set aside the Court's Order dated January 12, 2021, directing Plaintiff to produce medical and psychiatric authorizations. [ECF No. 27.]

IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference in connection with the above-described discovery disputes and filings on February 23, 2021, at 11:30 AM. To join the conference, dial 888-278-0296 and enter access code 5195844.

IT IS FURTHER ORDERED that on or before February 17, 2021, Defendant shall file a letter not to exceed six pages in length responding to Plaintiff's briefs. [*See* ECF Nos. 26–27.]

**SO ORDERED.**

**Date: February 12, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**