```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yutong Jin,

                Plaintiff,

     -against-

Solomon Choi,

                Defendant.

1:20-cv-09129 (MKV) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 30.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

      The parties are directed to appear for a telephone conference on Friday, April 23, 2021 at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
             April 13, 2021

_____
STEWART D. AARON
United States Magistrate Judge