```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yutong Jin,

            Plaintiff,

   -against-

Solomon Choi,

            Defendant.

1:20-cv-09129 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Monday, April 26, 2021, Defendant shall file a letter setting forth a list of the medical or mental health providers from whom he has not received Plaintiff's medical records pursuant to the authorizations previously issued.

2. No later than Tuesday, April 27, 2021, Defendant shall email to Plaintiff fresh authorizations for the providers identified in the April 26, 2021 letter.

3. No later than Tuesday, May 4, 2021, Plaintiff shall execute the authorizations and send them to counsel for Defendant. Thereafter, Plaintiff shall not make any effort to revoke, or otherwise interfere with, such authorizations. **Failure to comply with this Order will result in sanctions, up to an including a recommendation to the District Judge that this case be dismissed.** *See* **Fed. R. Civ. P. 41(b).**

4. Defendant shall make diligent efforts to obtain any and all of Defendant's STI test results for six months prior to January 8, 2019 and shall produce such records to

Plaintiff. No later than May 7, 2021, Defendant shall file a letter with the Court regarding the status of such production.

5. Defendant's motion for discovery sanctions against Plaintiff shall be held in abeyance pending further Order of the Court.

6. The deadlines for the completion of fact and expert discovery are adjourned *sine die*.

7. The parties shall meet and confer regarding any outstanding discovery disputes and, if necessary, shall raise them with the Court in accordance with the Court's Individual Practices.

8. The parties are directed to appear for another telephone conference in this action on June 3, 2021, at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
          April 23, 2021

*Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge