**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Yutong Jin,

                Plaintiff,

-against-

Solomon Choi,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2021

1:20-cv-09129 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Wednesday, May 19, 2021 at 10:00 a.m. During the conference, Plaintiff shall be prepared to show cause why this case should not be dismissed for failure to prosecute and failure to comply with Court orders, including without limitation the Court's Order, dated April 23, 2021 (ECF No. 51 ¶ 3). *See* Fed. R. Civ. P. 37(b)(2)(A) (dismissal for failure to obey discovery order); Fed. R. Civ. P. 41(b) (dismissal for failure to prosecute or to comply with court order). The Court also will address the current status of settlement negotiations. The Court requests that Susanne Toes Keane, the attorney who appeared in this action on behalf of Plaintiff as limited scope pro bono counsel, including for purposes of settlement (*see* ECF No. 40), participate in the May 19 telephone conference. Defendant's counsel is directed to email a copy of this Order to Ms. Keane no later than May 12, 2021.

    At the time of the conference, the participants shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED: New York, New York
May 11, 2021

_____
STEWART D. AARON
United States Magistrate Judge