

May 12, 2021

Honorable Stuart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Jin v Choi, 20-cv-9129 (MKV)(SDA)

Application GRANTED. The May 19, 2021 telephone conference shall commence at 9:30 a.m. SO ORDERED.
Dated: May 12, 2021

Dear Judge Aaron,

NYLAG is former limited scope counsel to plaintiff, Scarlett Jin. I write to request that the conference scheduled for May 19, 2021 at 10:00 a.m. be moved to 9:30 a.m. Counsel for defendant consents and Ms. Jin has not yet replied to my email.

On May 11, 2021 Your Honor issued an Order scheduling a conference for May 19, 2021 at 10:00. (ECF 71) In that Order, Your Honor requests that the undersigned attend. I would like to comply with the request but have a previously scheduled conference on the same day starting at 10:30 a.m. To make sure I can be on both calls, I respectfully request we start at 9:30 a.m.
.
Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane