USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

YUTONG JIN

           *Pro Se* Plaintiff,

    -against-

SOLOMON CHOI

           Defendant.

------------------------------------------------------------------------ x

1:20-cv-09129-MKV-SDA

**PLAINTIFF'S REQUEST FOR FILING UNDER SEAL**

**Magistrate Judge Stewart D. Aaron**,

    *Pro se* Plaintiff requests for prior permissions to seal one Exhibit to Motion for Extension of Time and two Exhibits to Affidavit in Opposition of Order to Show Cause that will be filed later.

    Those three Exhibits are parties' privileged medical records and are covered by the shield of Protective Order in place. Plaintiff will designate those Exhibits as "confidential" on the cover page.

    Plaintiff has attached the signed and dated Protective Order to this letter, pending for the Court's approval and signature.

Dated:      May 17, 2021

Respectfully,

/s/ YJ

_____
By: YUTONG JIN
*Pro Se for Plaintiff*

Application DENIED. Plaintiff's request to file under seal exhibits to her motion for an extension of time is denied as moot, as the Court already has granted that motion without exhibits. (*See* ECF No. 77.) Plaintiff's request to file certain anticipated exhibits under seal is denied as premature. At this time, no filing is required of Plaintiff. Instead, as set forth in the Court's May 11, 2021 Order (ECF No. 71), Plaintiff shall be prepared during the June 3, 2021 telephone conference to show cause why her case should not be dismissed for failure to prosecute and failure to comply with Court orders. If, following that conference, the Court finds that further briefing or review of documents is necessary, Plaintiff may renew her motion to seal at that time. Finally, with respect to the protective order referenced by Plaintiff, the Court notes that a Protective Order already was entered on February 24, 2021 (ECF No. 34). During the June 3, 2021 telephone conference, the parties shall be prepared to discuss the differences in the protective orders and whether/why an additional order is required. SO ORDERED.
Dated: May 19, 2021