UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yutong Jin,

                Plaintiff,

-against-

Solomon Choi,

                Defendant.

1:20-cv-09129 (MKV) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, during which Plaintiff indicated her agreement to settle this action in accordance with the terms previously negotiated by the parties, it is hereby Ordered as follows:

1. Provided that Plaintiff executes a settlement agreement no later than June 9, 2021, Defendant shall make payment no later than June 17, 2021.

2. Defendant shall file a letter no later than June 17, 2021, confirming that the agreement has been executed and that payment has been made or advising the Court as to the status of settlement.

**SO ORDERED.**

DATED:    New York, New York
              June 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge